**Electronically Filed
Supreme Court
SCWC-11-0000587
20-NOV-2012
08:47 AM**

SCWC-11-0000587

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF MEGGAN MARIE PHARMER,
Mother for and on Behalf of HA

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000587; FC-M NO. 09-1-0078)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Wilson, in place of Acoba, J., recused)

The application for a writ of certiorari, filed on

October 12, 2012, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 20, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

